&AO 440 (Rev. 10/93) Summons in a Civil Action

**FILED**
Tuesday, 31 August, 2004 12:43:47 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

Central _____ District of _____ Illinois

JAVIER A. GUTIERREZ

V.

JBC&ASSOCIATES, P.C.          ,
d/b/a JBC LEGAL GROUP, P.C.
JACK BOYAJIAN,

SUMMONS IN A CIVIL CASE

CASE NUMBER: **04-2098**

TO: (Name and address of Defendant)

Jack Boyajian, President
JBC & ASSOCIATES, P.C.
d/b/a JBC LEGAL GROUP, P.C.
2 Broad Street, 6th Floor
Bloomfield, New Jersey 07003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roy Jackson Dent
BRANKEY & SMITH, P.C.
622 Jackson Avenue
Charleston, IL 61920

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_John M. Waters_
_U. Ball_
CLERK

5/20/04
DATE

(By) DEPUTY CLERK

```
****** A F F I D A V I T   O F   S E R V I C E ******    6/22/04
===================================================================================
CHANCERY DOCKET....04-008103  DEFENDANT SEQUENCE 001 OF 001
OFFICER........ 89066   GREGORY PALMA                          CONTROL# 806767
TYPE OF EXECUTION........   SUMMONS AND COMPLAINT
===================================================================================
```

```
*========= ATTORNEY ==================*
|                                     |          CHECK #        AMOUNT
|   BRANKEY & SMITH                   |          15858           56.80
|                                     |
|   622 JACKSON AVE                   |
|                                     |
|   CHARLESTON         IL  61920      |
|                                     |
*=============== COURT DATA =========================== MARY
COURT OF ISSUANCE........  UNITED STATES DISTRICT COURT        FOLD
  RETURNABLE DATE...              TIME...
  DOCKET..042098          STATE.... IL   COUNTY OF VENUE...
================================= CAPTION OF CASE ==================================
INDIVIDUAL NAME.........  JAVIER      A GUTIERREZ
    VS... JBC & ASSOCIATES PC D/B/A JBC LEGAL GROUP PC JACK BOYAJIAN
============== DEFENDANT OR NAMED WITHIN TO BE SERVED ==============================
CORPORATION NAME........  JBC & ASSOCIAT4ES, PC D/B/A JBC LEGAL GORUP PC
                         *=====================================*
  ADDRESS 1.............  | 0000000002   BROAD              ST  |
  ADDRESS 2.............  |6TH FLOOR                             |
  TOWN/STATE/ZIP........  |BLOOMFIELD              NJ    07003   |
================================= PAPERS SERVED ===================================
NOTARY
SUMMONS AND COMPLAINT
================================ S E R V I C E   D A T A   R E C O R D E D =========
SERVED SUCCESSFULLY....|✓| UNABLE TO SERVE......| |  DATE..|0|7|-|0|9|-|0|4|

REMARKS:|_____|
        |_____|
             OFFICER.........................| |
             MANAGING AGENT..................| |
             REGISTERED AGENT................| |
             PERSON IN CHARGE AT REGISTERED OFFICE OF.......|✓|
             OTHER...........................
PERSON SERVED..........   Anisa Singh - Para-Legal

SEX   : | | MALE  |✓| FEMALE
SKIN  : | | WHITE | | BLACK | | YELLOW |✓| BROWN | | RED
HEIGHT: | | UNDER 5 FEET |✓| 5.0-5.6FT | | 5.7-6.0 | | OVER 6FT
WEIGHT: | | UNDER 100LBS |✓| 100-150LBS | | 151-200LBS | | OVER 200LBS
HAIR  : |✓| BLACK | | BROWN | | BLOND | | GRAY | | RED | | WHITE | | BALDING
AGE   : | | 14-20 |✓| 21-35 | | 36-50 | | 51-65 | | OVER 65
```

SWORN TO AND SUBSCRIBED BEFORE ME          ARMANDO B. FONTOURA
ON _____ 16, 2004                ESSEX COUNTY SHERIFF
                                           BY: _____

FRED M. BOST
NOTARY PUBLIC OF NEW JERSEY                SHERIFFS: |✓| OFFICER| | INVESTIGATOR
My Commission Expires Apr. 21, 2005        STATE OF NEW JERSEY