UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| Javier A. Gutierrez, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-2098 |
| | ) | |
| vs. | ) | |
| | ) | |
| JBC & Associates, P.C., d/b/a JBC Legal | ) | |
| Group, P.C., and Jack Boyajian, | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for:

**JBC & Associates, P.C., d/b/a JBC Legal Group, P.C., and Jack Boyajian**

I certify that I am admitted to practice in this court.

Date:  September 29, 2004

                Respectfully submitted,

                By:  s/ David M. Schultz
                David M. Schultz
                HINSHAW & CULBERTSON LLP
                222 North LaSalle Street, Suite 300
                Chicago, IL 60601
                312-704-3000
                312-704-3001 (f)
                dschultz@hinshawlaw.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| Javier A. Gutierrez, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-2098 |
| | ) | |
| vs. | ) | |
| | ) | |
| JBC & Associates, P.C. d/b/a JBC Legal Group, P.C. and Jack Boyajian, | ) ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on September 29, 2004, I electronically filed Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Roy Jackson Dent
    Brankey & Smith, P.C.
    rdent@brankeysmithpc.com

Respectfully submitted,
JBC & Associates, P.C., d/b/a JBC Legal Group, P.C., and Jack Boyajian

By: ---_____/s/ David M. Schultz
David M. Schultz
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
312-704-3000
312-701-3001 (f)
dschultz@hinshawlaw.com

5829715v1 845022