E-FILED
Monday, 04 October, 2004  03:00:12 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| JAVIER A. GUTIERREZ, | ) |
| | ) 04-2098 |
| Plaintiff, | ) |
| | ) Jury Trial Demand |
| vs. | ) |
| | ) Judge Harold A. Baker |
| JBC & ASSOCIATES, P.C. | ) |
| d/b/a JBC LEGAL GROUP, P.C., | ) Magistrate Judge David G. Bernthal |
| JACK BOYAJIAN, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S RESPONSE TO AFFIRMATIVE DEFENSE

NOW COMES Plaintiff JAVIER A. GUTIERREZ, by and through his attorneys,

Brankey & Smith, P.C., and denies the affirmative defenses raised in the Answer filed by

Defendants.


JAVIER A. GUTIERREZ, Plaintiff


Dated: October 4, 2004

s/ Roy Jackson Dent
Roy Jackson Dent Bar Number 625583
Attorney for Plaintiff
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Fax:    (217) 345-6232
E-Mail: rdent@brankeysmithpc.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| JAVIER A. GUTIERREZ, | ) | 04-2098 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Jury Trial Demand |
| | ) | |
| vs. | ) | |
| | ) | Judge Harold A. Baker |
| | ) | |
| JBC & ASSOCIATES, P.C. | ) | |
| d/b/a JBC LEGAL GROUP, P.C., | ) | Magistrate Judge David G. Bernthal |
| JACK BOYAJIAN, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the attached PLAINTIFF'S RESPONSE TO AFFIRMATIVE DEFENSES has been electronically served upon:

David M. Schultz
Hinshaw & Culbertson, L.L.P.
222 N. LaSalle St., Suite 300
Chicago, IL 60601


Dated: October 4, 2004

s/ Roy Jackson Dent
Roy Jackson Dent Bar Number 625583
Attorney for Plaintiff
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Fax:    (217) 345-6232
E-Mail: rdent@brankeysmithpc.com

2