**E-FILED**
Wednesday, 13 October, 2004  02:12:10 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| JAVIER A. GUTIERREZ, | ) | |
| | ) | 04-2098 |
| Plaintiff, | ) | |
| | ) | Jury Trial Demand |
| vs. | ) | |
| | ) | Judge Harold A. Baker |
| JBC & ASSOCIATES, P.C. | ) | |
| d/b/a JBC LEGAL GROUP, P.C., | ) | Magistrate Judge David G. Bernthal |
| JACK BOYAJIAN, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF COMPLIANCE WITH INITIAL  DISCOVERY

## DISCLOSURE PURSUANT TO F.R.C.P. 26(a)(1) AND CDIL LR 26.3(A)

NOW COMES Plaintiff JAVIER A. GUTIERREZ, by and through his attorneys,

BRANKEY & SMITH, P.C., and respectfully notifies the Court that the initial disclosure has

been served.

JAVIER A. GUTIERREZ, Plaintiff

Dated: October 13, 2004

s/ Roy Jackson Dent
Roy Jackson Dent Bar Number 625583
Attorney for Plaintiff
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Fax:   (217) 345-6232
E-Mail: rdent@brankeysmithpc.com

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the attached PLAINTIFF'S NOTICE OF COMPLIANCE WITH INITIAL  DISCOVERY DISCLOSURE PURSUANT TO F.R.C.P. 26(a)(1) AND CDIL LR 26.3(A) has been deposited this date in an envelope securely sealed with sufficient postage affixed thereto in the United States Post Office at Charleston, Illinois, legibly addressed to:

David M. Schultz
Hinshaw & Culbertson, L.L.P.
222 North LaSalle Street, Suite 300
Chicago, IL 60601

JAVIER A. GUTIERREZ, Plaintiff

Dated: October 13, 2004

s/ Roy Jackson Dent
Roy Jackson Dent Bar Number 625583
Attorney for Plaintiff
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Fax:    (217) 345-6232
E-Mail: rdent@brankeysmithpc.com