E-FILED
Thursday, 21 October, 2004  09:10:19 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| JAVIER A. GUTIERREZ, ) | |
| ) | 04-2098 |
| Plaintiff, ) | |
| ) | Jury Trial Demand |
| vs. ) | |
| ) | Judge Harold A. Baker |
| JBC & ASSOCIATES, P.C. ) | |
| d/b/a JBC LEGAL GROUP, P.C., ) | Magistrate Judge David G. Bernthal |
| JACK BOYAJIAN, ) | |
| ) | |
| Defendants. ) | |

### JOINT REPORT OF PARTIES and
### PROPOSED SCHEDULING AND DISCOVERY ORDER

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.3, an initial meeting of the parties was held on October 20, 2004 with attorneys David M. Schultz and Roy Jackson Dent participating.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. Initial interrogatories and requests to produce, pursuant to Fed. R. Civ. P. 33 and 34, shall be served on opposing parties by December 1, 2004.

2. Plaintiff's deposition shall be taken by March 1, 2005.

3. Defendants' deposition shall be taken by May 1, 2005.

4. Third party actions must be commenced by May 1, 2005. Cross-claims and counterclaims shall be filed in accordance with the Federal Rules of Civil Procedure.

5. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Fed. R. Civ. P. 25(a)(2). as follows:

Plaintiff's expert(s): July 1, 2005

Defendant's expert(s): August 1, 2005

6. Depositions of expert witnesses must be taken by:

Plaintiff's expert(s): June 1, 2005

Defendant's expert(s): July 1, 2005

7. Discovery shall be completed by September 1, 2005 (which date shall be no later

than ninety (90) days before the first day of the month of the presumptive trial month). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

8.      All dispositive motions shall be filed by November 1, 2005 (which date shall be no later than forty-five (45) days before the first day of the month of the presumptive trial month). Dispositive motions filed after this date will not be considered by the Court.

Dated: October 20, 2004.

s/ Roy Jackson Dent
Roy Jackson Dent
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Facsimile: (217) 345-6232
E-Mail: rdent@brankeysmithpc.com

Attorney for Plaintiff

s/ David M. Schultz
David M. Schultz
Hinshaw & Culbertson, L.L.P.
222 North LaSalle Street, Suite 300
Chicago, IL 60601
Phone: (312) 704-3000
Facsimile: (312) 704-3001
E-Mail: dschultz@hinshawlaw.com

Attorney for Defendants